UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edward D. M.<br><br>            Plaintiff;<br><br>      vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security;<br><br>            Defendant. | Case No.: 5:20-cv-00683-VEB<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEYS' FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

   Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses:

   IT IS ORDERED that fees and expenses in the amount of Four Thousand Five Hundred Thirty dollars ($4,530.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.


DATED:  October 27, 2021          /s/Victor E. Bianchini
                                  VICTOR E. BIANCHINI
                                  UNITED STATES MAGISTRATE JUDGE